McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STELLA M. CASTILLO, | ) | CASE NO. 1:03cv6808 REC TAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from May 3, 2005 to June 2, 2005.

///

///

///

///

///

///

1

```
     This is defendant's first request for an extension of time
to respond to plaintiff's opening brief.  Defendant needs the
additional time to review the file and prepare a response in this
matter.
                                    Respectfully submitted,


Dated: April 18, 2005               /s/ Robert Ishikawa
                                     (As authorized via facsimile)
                                    ROBERT ISHIKAWA
                                    Attorney for Plaintiff



Dated: April 18, 2005               McGREGOR W. SCOTT
                                    United States Attorney



                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   April 21, 2005                  /s/ Theresa A. Goldner
j6eb3d                              UNITED STATES MAGISTRATE JUDGE
```

2