1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    STELLA M. CASTILLO,                        CASE NO.  1:03-cv-06808 REC TAG

10                    Plaintiff,                ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS ON PLAINTIFF'S
11          vs.                                 SOCIAL SECURITY COMPLAINT
                                                (Doc. 29)
12
     JO ANNE B. BARNHART,
13   Commissioner of Social Security,

14              Defendant.
                                        /
15

16
                            **INTRODUCTION**
17

18          Plaintiff Stella M. Castillo ("plaintiff") seeks this Court's review of an administrative law

19   judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled to disability income benefits

20   under Title II of the Social Security Act ("the Act"), 42 U.S.C. § 401 et seq.  After review of the

21   Administrative Record and the parties' papers, the magistrate judge issued findings and

22   recommendations on March 28, 2006 to GRANT plaintiff's request to reverse the ALJ's decision
23
     denying plaintiff benefits under Title II of the Act and to remand for further proceedings.  Defendant
24
25   did not file any objections to the findings and recommendations.

26                          **CONCLUSION AND ORDER**
27
28          Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a <u>de novo</u> review of this case.

1

After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1.      ADOPTS in full the magistrate judge's March 28, 2006 findings and recommendations;

2.      GRANTS claimant's social security complaint;

3.      REMANDS pursuant to sentence four of 42 U.S.C. § 405(g) for development of the record and further consideration of claimant's status as disabled, including whether claimant has sufficient residual functional capacity, defined as what an individual can still do, despite limitations, to perform claimant's past work, 20 C.F.R. §§ 404.1520(e)-(f), 404.1545(a); and whether on the basis of claimant's age, education, work experience, and residual functional capacity, claimant can perform any other gainful and substantial work within the economy, 20 C.F.R. §§ 404.1520(g); and

4.      DIRECTS the Court's clerk to enter judgment in favor of plaintiff Stella M. Castillo and against defendant Jo Anne B. Barnhart, Commissioner of Social Security, and to close this action.

IT IS SO ORDERED.

**Dated:  May 9, 2006**                                         **/s/ Robert E. Coyle**
668554                                                         UNITED STATES DISTRICT JUDGE

2